UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

CYNTHIA F. ROBERTS,            )
                               )
       Plaintiff,              )    3:10-cv-25-ECR-VPC
                               )
vs.                            )
                               )    ORDER OF DISMISSAL WITHOUT
                               )    PREJUDICE PURSUANT TO RULE 4(m)
FIRST HORIZON HOME LOAN        )    FEDERAL RULES OF CIVIL
CORPORATION, et al             )         PROCEDURES
                               )
       Defendants.             )
_____)

   Counsel for Plaintiff, having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

   IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is dismissed without prejudice as to: LandAmerica Onestop, Inc.

DATED this ___17___ day of __Nov.___, 2011.

                                   _____
                                   EDWARD C. REED
                                   UNITED STATES DISTRICT JUDGE